JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FIRE INSURANCE EXCHANGE, a California Interinsurance Exchange,,<br><br>Plaintiff,<br><br>v.<br><br>BROAN NUTONE, LLC, and DOES 1 through 30, Inclusive,<br><br>Defendants. | Case No. 2:24-cv-10771-SVW-MAR<br><br>**ORDER GRANTING STIPULATION FOR REMAND**<br><br>Action Filed: July 29, 2024 |

### ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

COMES NOW, pursuant to the Parties' Stipulation, and having found good cause therefore, this Court hereby GRANTS the Parties' request and orders that this matter be remanded back to State Court, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: April 18, 2025

_____
Hon. Stephen V. Wilson